HARRY PARIS *v.* CONNECTICUT TRANSIT COMPANY
(5596)

DUPONT, C. J., SPALLONE and BIELUCH, Js.

Submitted on briefs September 1—decision released September 22, 1987

*Gary Greene* and *Robert M. Fitzgerald,* certified legal intern, filed a brief for the appellant (plaintiff).

*Owen P. Eagan* filed a brief for the appellee (defendant).

PER CURIAM. There is no error.